In the Matter of 240 Central Park South, Inc., Respondent. Fanny Farmer Candy Shops, Inc., Appellant.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted. (Cortlandt Cafeteria .v. Cortlandt & Dey Sts. Corp., 277 App. Div. 299, affd. 302 N. Y. 409.) No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of 240 Central Park South, Inc., Respondent. Fanny Farmer Candy Shops, Inc., Appellant.— Appeal unanimously dismissed. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

George P. Hawes, Jr., Appellant, v. Graham Grant, Respondent. George P. Hawes, Jr., Appellant, v. Graham Grant, Respondent, and Vernon G. Cardy, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Glennon, J. P., Dore, Callahan, Van Voorhis and Shientag, JJ. [See ante, p. 753.]

The People of the State of New York ex rel. Tremont Towers, Inc., Appellant, against William S. Miller et al., Constituting the Board of Taxes and Assessments in the City of New York, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See ante, p. 694.]

B & R Luncheonette, Inc., v. Fairmont Theatre Corp.— Motion for reargument denied, with $10 costs. Present — Glennon, J. P., Dore, Callahan, Van Voorhis and Shientag, JJ. [See ante, p. 133.]

In the Matter of the Accounting of the Continental Bank & Trust Company of New York, as Trustee of a Trust Made by Roberta F. Frank to Said Trustee, Respondent. Crosby Field et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Glennon, J. P., Dore, Callahan, Van Voorhis and Shientag, JJ. [See ante, p. 694.]

Doris Berkman, Respondent, v. Port Oriental Restaurant, Inc., Defendants, and Samuel Pomeranz et al., Appellants.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See ante, p. 693.]

Gordon S. Parker v. Culler Furniture Company.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Heffernan, JJ. [See ante, p. 135.]

The People of the State of New York ex rel. Eloise Sterrs, Appellant, against Oran .Page, Respondent.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.